IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEE PRESTON LUNDY,** *Plaintiff,* v. **CITY OF PHILADELPHIA, et al.,** *Defendants*. | **CIVIL ACTION NO. 2:23-cv-0807-MMB** |

## ORDER RE MOTION TO DISMISS

**AND NOW**, this 23rd day of June 2023, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF 8) and Plaintiff's Response in Opposition, and for the reasons set forth in the accompanying memorandum of decision, it is ORDERED that the motion is **GRANTED** with prejudice as to the Monell claim against Defendant Philadelphia Police Commissioner Danielle Outlaw and is **DENIED** as to all other claims.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**

**United States District Judge**