IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE PRESTON LUNDY,         : <br>    Plaintiff                 : <br>                            : <br>                            : <br>                            : <br>    v.                        : <br>                            : <br> CITY OF PHILADELPHIA,   : <br>       Defendant      : <br>    &amp;                     : <br> PHILADELPHIA POLICE OFFICER : <br> ROBERT BONDS JR.,        : <br>       Defendant      : | **CIVIL ACTION** <br><br> **2:23-cv-000807- MMB** |

SCHEDULING ORDER

AND NOW, this 28th day of February, 2024, in consideration of the parties' Stipulation regarding deadlines received on February 27, 2024, it is hereby **ORDERED**.

1. Discovery Deadline: <u>April 16, 2024</u>

2. Exchange of expert reports pursuant to Rule 26(a)(2), with respect to *Monell* claims:

   Plaintiff: <u>May 15, 2024</u>

   Defendant: <u>May 29, 2024</u>

3. The case has been **REFERRED** to U.S. Magistrate Judge Pamela A. Carlos for settlement purposes. Judge Carlos' Chambers will contact counsel as to whether settlement discussion have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions: <u>June 17, 2024</u>

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibit:

Plaintiff   June 28, 2024.

Defendant:   July 12, 2024.

6. Date for trial or entry into trial pool:   August 1, 2024.

The parties shall follow Judge Baylson's pretrial and trial procedures.

**BY THE COURT:**

**/s/  Michael M. Baylson**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**