IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEE PRESTON LUNDY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | No. 2:23-cv-000807-MMB |
| | : | |
| **Defendants.** | : | |

### SCHEDULING ORDER

AND NOW, this  30th  day of  April , 2024, in consideration of the parties' Stipulation regarding deadlines received on April 4, 2024, it is hereby **ORDERED.**

1. Discovery Deadline: May 31, 2024

2. Exchange of expert reports pursuant to Rule 26(a)(2), with respect to *Monell* claims:

   Plaintiff: July 1, 2024

   Defendant: July 15, 2024

3. The case has been **REFERRED** to U.S. Magistrate Judge Pamela A. Carlos for settlement purposes. Judge Carlos' Chambers will contact counsel as to whether settlement discussion have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions: August 14, 2024

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibit:

   Plaintiff: August 28, 2024.

   Defendant: September 11, 2024.

6.  Date for trial or entry into trial pool: <u>October 1, 2024.</u>

    The parties shall follow Judge Baylson's pretrial and trial procedures.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**