IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE PRESTON LUNDY,    :<br>    Plaintiff                     :<br>                                         :<br>                                         :<br>              v.                 :<br>                                         :<br>CITY OF PHILADELPHIA,       :<br>    Defendant          :<br>          &          :<br>PHILADELPHIA POLICE OFFICER :<br>ROBERT BONDS JR.,           :<br>    Defendant          :<br>                               :                 | CIVIL ACTION<br><br>2:23-cv-000807- MMB |

## ORDER

AND NOW, to wit, Plaintiff's Motion to Reopen Discovery is hereby Granted, for the following period:

BY THE COURT:

/s/  Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.