**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

---

**LEE PRESTON LUNDY,**                                 :
       **Plaintiff**                                      :
                              :        **CIVIL ACTION**
                              :
                              :        **NO: 2:23-CV-000807**
       **v.**                                                   :
                              :
**CITY OF PHILADELPHIA,**                          :
           **Defendant**                            :
       **&**                                                   :
**PHILADELPHIA POLICE OFFICER**          :
**ROBERT BONDS JR.,**                             :
           **Defendant**                            :
                              :

---

**<u>CERTIFICATE OF SERVICE</u>**

The foregoing Motion to Re-Open Discovery was filed via the Court's electronic filing system

and is available for viewing by the below party:

        Jonah Santiago, Esquire
        Deputy City Solicitor
        City of Philadelphia Law Department
        1515 Arch Street, 14th Floor
        Philadelphia, PA 19102

                Respectfully submitted:

                  __/s/ Earl Raynor_____
                 Earl Raynor, Esquire
                 PA Supreme Court I.D. No. 66849
                1800 JFK Boulevard
                3rd Floor, Box 103
                Philadelphia, PA 19103
                (215)254-0299
                earlraynor@yahoo.com

                Attorney for Plaintiff
                Lee Preston Lundy