## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| LEE PRESTON LUNDY, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| | : | |
| | : | 2:23-cv-000807- MMB |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| Defendant | : | |
| & | : | |
| PHILADELPHIA POLICE OFFICER | : | |
| ROBERT BONDS JR., | : | |
| Defendant | : | |

_____

## <u>ORDER</u>

AND NOW, to wit, Plaintiff's Motion to Compel Discovery is hereby Granted, with the

following conditions:


BY THE COURT:

/s/  Michael M. Baylson

_____

MICHAEL M. BAYLSON, U.S.D.J.