IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEE PRESTON LUNDY**<br>Plaintiff,<br><br>v.<br><br>**CITY OF PHILADLEPHIA, et al.**<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 23-807** |

## ORDER

**AND NOW**, this **2nd** day of **August, 2024**, upon consideration of Plaintiff's Motion to Reopen Discovery (ECF 33), it is hereby **ORDERED** that the Motion is **GRANTED**. Discovery is reopened for a period of thirty (30) days. No further extensions.

BY THE COURT:

*S/Michael M. Baylson*

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-807 Lundy v. City of Phila et al\23cv807 Order re Motion to Reopen Discovery.docx