IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE PRESTON LUNDY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 2:23-cv-000807-MMB |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER**

AND NOW, this  8th  day of  August  , 2024, in consideration of the parties' Stipulation regarding deadlines received on August 7, 2024, it is hereby **ORDERED.**

1. Discovery Deadline: September 3, 2024. ECF No. 38.

2. Exchange of expert reports pursuant to Rule 26(a)(2), with respect to *Monell* claims:

    Plaintiff: October 3, 2024.

    Defendant: October 17, 2024.

3. The case has been **REFERRED** to U.S. Magistrate Judge Pamela A. Carlos for settlement purposes. Judge Carlos' Chambers will contact counsel as to whether settlement discussion have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions: November 18, 2024.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibit:

    Plaintiff: December 2, 2024.

    Defendant: December 16, 2024.

1

6. Date for trial or entry into trial pool: <u>January 5, 2025.</u>

The parties shall follow Judge Baylson's pretrial and trial procedures.

**No further extensions will be granted.**

                                                              **BY THE COURT:**

                                                         /s/ Michael M. Baylson

                                                         **MICHAEL M. BAYLSON, U.S.D.J.**