IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEE PRESTON LUNDY
    V.
CITY OF PHILADELPHIA, et al

Civil Action No.  23-807 MMB

TELEPHONIC STATUS CONFERENCE SCHEDULING ORDER

Please be advised that a telephonic status conference in the above-captioned case will be held on **MONDAY, SEPTEMBER 23, 2024 AT 9:30 AM** before the Honorable Pamela A. Carlos, United States Magistrate Judge.

The conference call Toll Free Dial in Number is (888)-363-4734; the Access Code is 6072330.

COUNSEL ARE DIRECTED TO BE AVAILABLE BY TELEPHONE ON THE TIME STATED ABOVE. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTION.

**COUNSEL ARE TO BE PREPARED TO ADVISE THE COURT REGARDING DISCOVERY STATUS AND NEXT STEPS FOR GOOD FAITH SETTLEMENT CONFERENCE.**

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

**ANY REQUESTS FOR A CONTINUANCE MUST BE EMAILED TO THE CHAMBERS EMAIL ADDRESS:**  PAED_Carlos_Chambers@paed.uscourts.gov.

BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date:  August 12, 2024